IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No.  09-cv-01022-PAB-MEH

SUZETTE UPCHURCH,

    Plaintiff,

v.

CAPITAL MANAGEMENT SERVICES, L.P.,
a Delaware limited partnership,

    Defendant.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Notice of Dismissal With Prejudice [Docket No. 7].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED July 23, 2009.

                                                  BY THE COURT:

                                                s/Philip A. Brimmer
                                                PHILIP A. BRIMMER
                                                United States District Judge